**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-02051-DDD-KMT

MANSOOR SHAFI,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.
_____

**PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE**
_____

    Plaintiff, Mansoor Shafi, by and through his undersigned counsel, hereby submits this Unopposed Motion to Dismiss with Prejudice. In support of this unopposed motion, Plaintiff states as follows:

    1.    **Conferral:** Plaintiff's counsel has conferred with counsel for Defendant who agrees to Plaintiff filing this unopposed motion to dismiss with prejudice.

    2.    The parties have reached a settlement agreement, resolving all claims in the case.

    3.    The parties have fully executed a settlement agreement.

    4.    Because there are no remaining issues, Plaintiff moves this court to dismiss this matter with prejudice, and both sides to bear their own attorneys' fees and costs.

WHEREFORE, for the reasons stated above, Plaintiff requests that the Court dismiss this matter with prejudice due to settlement.

Respectfully submitted this 18th day of August, 2020.

        FINGER LAW, P.C.

        */s/ Casey J. Leier*
        Casey Leier
        William S. Finger
        29025-D Upper Bear Creek Rd.
        Evergreen, CO 80439
        Phone: (303) 674-6955
        Fax: (303) 674-6684
        Email: casey@fingerlawpc.com
        Email: bill@fingerlawpc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2021, a true and correct copy of the foregoing **Plaintiff's Unopposed Motion to Dismiss with Prejudice** was filed with the CM/ECF system which will send notification to:

Lucia Padilla
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO  80203
Lucia.padilla@coag.gov

Alison Faryl Kyles
Senior Assistant Attorney General
Civil Litigation and Employment Law Section
1300 Broadway, 10th Floor
Alison.kyles@coag.gov
*Attorneys for Defendant*

        */s/ Lori Norton*